```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
HOMEBRIDGE MORTGAGE BANKERS     :
CORP.,
                                :
            Plaintiff,             ORDER
                                :
       -against-                   06 Civ. 9465 (LLS)(MHD)
                                :
VANTAGE CAPITAL CORP. and
MICHAEL BRAUSER,                :

                                :
            Defendants.
-------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that a settlement conference has been rescheduled in the above-captioned action for **WEDNESDAY, OCTOBER 14, 2009, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. **The parties are expected to have spoken with each other about their respective settlement positions prior to the settlement**

conference.

    2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

    3. Clients are expected to attend the conference.

DATED:  New York, New York
        September 15, 2009

                      SO ORDERED.

                      _____
                      MICHAEL H. DOLINGER
                      UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

David Andrew Byrne, Esq.
Peter William Smith, Esq.
Phillips Nizer LLP
666 5th Avenue
New York, NY 10103

Christopher Philip Milazzo, Esq.
Sichenzia Ross Friedman Ference, LLP
61 Broadway
32nd Floor
New York, NY 10006